**DISMISS; and Opinion Filed April 20, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00177-CR

**BETTY JEAN SIMONDS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F14-52069-K**

## MEMORANDUM OPINION

Before Justices Fillmore, Stoddart, and Schenck
Opinion by Justice Fillmore

Betty Jean Simonds pleaded guilty to possession of methamphetamine in an amount less than one gram. The trial court deferred adjudication of guilt, placed appellant on two years' community supervision, and assessed a $1,500 fine. The State later moved to adjudicate appellant's guilt. However, the trial court did not adjudicate appellant's guilt, but modified the conditions of her community supervision. Appellant filed a pro se notice of appeal from the trial court's order modifying the conditions of supervision. An order modifying the conditions of community supervision is not an appealable order. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977) (no constitutional or statutory authority conferring appellate jurisdiction over order altering or modifying probation conditions).

We dismiss the appeal for want of jurisdiction.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

160177F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

BETTY JEAN SIMONDS, Appellant

No. 05-16-00177-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4, Dallas County, Texas
Trial Court Cause No. F14-52069-K.
Opinion delivered by Justice Fillmore,
Justices Stoddart and Schenck participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 20th day of April, 2016.